# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACT. NO. 1:20-cv-476-TFM-B |
| | ) |
| **$27,189.00, MORE OR LESS, IN U.S. CURRENCY,** | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT OF FORFEITURE**

Pending before the Court is the *Plaintiff's Motion for Judgment of Forfeiture on the Pleadings* for forfeiture of $27,189.00, the Defendant Funds. Doc. 29, filed 10/25/21. The Court finds that $27,189.00 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions and pursuant to Federal Rule of Civil Procedure 12(c).

Having been fully advised in the premises, the Court finds that $27,189.00 is forfeitable to the United States because the funds constitute: (1) money furnished or intended to be furnished by a person in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; or (3) money used or intended to be used to facilitate a violation of the Controlled Substances Act.

The Court further finds that the only party known to have an alleged interest in the Defendant Funds is Claimant, Reginald Johnson ("Claimant" or "Johnson"). In accordance with the provisions of Supp'l Rule G(4)(b)(i), Claimant received actual notice of this action and was sent a copy of the Complaint for Forfeiture *in Rem*. On November 2, 2020, Claimant filed his Verified Claim of Interest. Doc. 3. On November 23, 2020, Claimant filed his Answer to Verified

Complaint for Civil Forfeiture *In Rem*. Doc. 5. On August 3, 2021, Claimant filed a Motion to withdraw his claim. Doc. 24. Pursuant to the Claimant's Motion to Withdraw Claim, Claimant agreed to the civil forfeiture of $27,189.00 or the entirety of Defendant Funds. *Id.* at PageID.93-94.

The Court further finds that the United States filed a Declaration of Publication which reflects that notice of this forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 30, 2020, pursuant to Supp'l Rule G(4)(a)(iv)(C). No other person or entity has filed a claim and the time for filing such a claim has expired. Thus, it is now appropriate for the Court to enter a Judgment of Forfeiture for the entirety of Defendant Funds in the amount of $27,189.00. Accordingly, the Court finds Plaintiff's Motion for Judgment of Forfeiture on the Pleadings (Doc. 29) is due to be **GRANTED** for good cause shown.

It is further **ORDERED** that, pursuant to the provisions of 21 U.S.C. § 881(a)(6) and Supp'l Rule G, all right, title, and interest in $27,189.00 of the Defendant Funds, are hereby **CONDEMNED and FORFEITED** to the United States for disposition according to law. Clear title to the entirety of Defendant Funds in the amount of $27,189.00 is now vested in the United States of America. The Clerk is directed to close this case.

**DONE** and **ORDERED** this 15th day of December 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE